

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Robert G. Houle, | § | No. 08-16-00234-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| Capital One Bank (USA), N. A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2015-CCV01442) |

# **O R D E R**

The Court GRANTS the Appellee's Motion to Reestablish the Appellate Timetable.

Therefore the Court ORDERS this appeal to continue, the appellate timetable

suspension is lifted, and the Appellant's brief is due in this Court on or before February 16, 2017.

IT IS SO ORDERED this 17th day of January, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.